[Nos. 15842-6-II; 15986-4-II. Division Two. July 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLD GLENN ORTIZ, *Appellant*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 91-1-00635-8, 91-1-00715-0, James E. Warme, J., entered February 25, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 27644-1-I. Division One. August 2, 1993.]

LORENZO HINTOLAN DEL ROSARIO, *Appellant*, v. THE BOEING COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-17987-3, James J. Dore, J., entered December 11, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Forrest, JJ.

[No. 28668-4-I. Division One. August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC ROMMELL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02678-3, Robert E. Dixon, J., entered May 21, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30645-6-I. Division One. August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES RAY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00396-8, Peter K. Steere, J., entered May 12, 1992. *Affirmed* by unpublished per curiam opinion.